1  NICHOLAS A. TRUTANICH
   United States Attorney
2  District of Nevada
   Nevada Bar Number 13644
3  PETER WALKINGSHAW
   Assistant United States Attorney
4  400 South Virginia Street, Suite 900
   Reno, Nevada 89501
5  (775) 784-5438
   Peter.Walkingshaw@usdoj.gov
6  *Representing the United States of America*

7

8  UNITED STATES DISTRICT COURT
   DISTRICT OF NEVADA

9  UNITED STATES OF AMERICA,        3:20-CR-0016-LRH-WGC

10         Plaintiff,                INFORMATION FOR VIOLATION OF:

11     v.                            Title 18, United States Code, Section 669
                                     – Theft in Connection with Health Care
12  PETER LUCAS,                     (Class A Misdemeanor)

13         Defendant.

14  THE UNITED STATES ATTORNEY CHARGES THAT:

15                               COUNT ONE

16                    (Theft in Connection with Health Care)

17      Between on or about the 19th day of March, 2020 and on or about the 23rd day of

18  March, 2020, in the State and District of Nevada, the defendant, PETER LUCAS,

19  knowingly and willfully embezzled, stole, and converted without authority to his own use,

20  without being the rightful owner, four boxes of surgical masks, the property of Ioannis A.

21  Lougaris Veterans' Administration Medical Center, a health care benefit program as defined

22  ///

23  ///

24

1 | in Title 18, United States Code, Section 24(b), in violation of Title 18, United States Code,
2 | Section 669.

4 | NICHOLAS A. TRUTANICH
United States Attorney

6 | /s/ [signature]
PETER WALKINGSHAW
7 | Assistant United States Attorney

2