PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☑ INFORMATION  ☐ INDICTMENT

3:20-CR-0016-LRH-WGC

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added
☐ Indictment  ☐ Charges/Counts Added
☑ Information

USA vs.
Defendant: Peter Lucas

Address:

**Name of District Court, and/or Judge/Magistrate Location (City)**
UNITED STATES DISTRICT COURT — RENO
DISTRICT OF NEVADA — Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: Peter Walkingshaw
☑ U.S. Atty  ☐ Other U.S. Agency
Phone No. (775) 334-3350

Name of Asst. U.S. Attorney (if assigned): PETER WALKINGSHAW

☐ Interpreter Required  Dialect:

Birth Date: _____
☑ Male  ☐ Female

FILED / ENTERED / RECEIVED / SERVED ON COUNSEL/PARTIES OF RECORD
APR 10 2020
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

### PROCEEDING

**Name of Complainant Agency, or Person (& Title, if any)**
Veterans Affairs Police Department

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☑ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.
3:20-mj-37

Place of offense: _____  County _____

Social Security Number _____

### DEFENDANT

Issue: ☐ Warrant  ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☑ Currently on bond
☐ Fugitive

Defense Counsel (if any): Lauren Gorman
☑ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts: 1

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 3 | 18 USC 669 | Theft In Connection with Health Care | #1 |